1

2

3

4

5

6

7

8                       **UNITED STATES DISTRICT COURT**

9                       **EASTERN DISTRICT OF CALIFORNIA**

10

11   MARIA NORMA RUIZ PACHECO,          )   Case No.: 1:16-cv-0813- JLT
                                        )
12            Plaintiff,                )   ORDER GRANTING PLAINTIFF'S REQUEST
                                        )   FOR AN EXTENSION OF TIME
13       v.                             )
                                        )   (Doc. 12)
14   CAROLYN W. COLVIN,                 )
     Acting Commissioner of Social Security,  )
15                                      )
              Defendant.                )
16   _____

17          On January 27, 2017, the parties filed a stipulation for an extension of time for Plaintiff to

18   prepare and serve her confidential letter brief.  (Doc. 12)  Notably, the Scheduling Order permits a

19   single extension by the stipulation of parties (Doc. 4 at 4), and this is the first extension requested by

20   either party.  Accordingly, the Court **ORDERS**:

21          1.      Plaintiff's request for an extension of time is **GRANTED**; and

22          2.      Plaintiff **SHALL** serve her confidential brief on or before **March 1, 2017**.

23

24   IT IS SO ORDERED.

25       Dated:    **February 1, 2017**                    **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE
26

27

28

                                              1